# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**756**
**KA 08-01938**
PRESENT: WHALEN, P.J., SMITH, NEMOYER, CURRAN, AND SCUDDER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

BURGESS MATTHEWS, JR., DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

TREVETT CRISTO SALZER & ANDOLINA P.C., ROCHESTER (ERIC M. DOLAN OF
COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (SCOTT MYLES OF COUNSEL),
FOR RESPONDENT.

--------------------------------------------------------------------------------

Appeal from a resentence of the Monroe County Court (John J.
Connell, J.), rendered May 9, 2008. Defendant was resentenced upon
his conviction of course of sexual conduct against a child in the
first degree.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same memorandum as in *People v Matthews* ([appeal No. 1] ___ AD3d
___ [Sept. 30, 2016]).

Entered:  September 30, 2016                    Frances E. Cafarell
                                               Clerk of the Court